15-1895

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

BAKER HUGHES INCORPORATED,

*Appellant/Patent Owner,*

v.

NALCO COMPANY,

*Appellee/Third Party Requester.*

ON APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD

### APPELLEE/THIRD PARTY REQUESTER NALCO COMPANY'S MOTION TO SUBSTITUTE PRINCIPAL ATTORNEY OF RECORD

Pursuant to the Court's docket entry notice number 18, dated October 20, 2015, Appellee/Third Party Requester Nalco Company ("Appellee") files this Motion to Substitute Its Principal Attorney of Record. Appellee's current principal attorney of record is Jason A. Engel of K&L Gates LLP. Appellee recently retained new counsel from Faegre Baker Daniels LLP, who filed entries of appearance on October 20, 2015. (*See* Dkt. Nos. 16, 17, 18.) Appellee now requests permission to substitute Mr. Engel for Mr. James W. Poradek of Faegre Baker Daniels LLP as principal attorney of record.

Accordingly, by this Motion, Appellee respectfully requests that the Court designate Mr. James W. Poradek of Faegre Baker Daniels LLP as principal attorney of record.

Dated: October 27, 2015

FAEGRE BAKER DANIELS LLP

By:  */s/ James W. Poradek*
James W. Poradek
james.poradek@faegrebd.com
Timothy E. Grimsrud
tim.grimsrud@faegrebd.com
Lauren J. Frank
lauren.frank@faegrebd.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

K&L GATES LLP
Jason A. Engel
jason.engel@klgates.com
Robert J. Barz
robert.barz@klgates.com
Devon C. Beane
devon.beane@skgates.com
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Telephone:  (312) 372-1121
Fax:  (312) 827-8000

*Attorneys for Nalco Company*

# **CERTIFICATE OF INTEREST**
*(amended October 27, 2015)*

Counsel for Appellee Nalco Company hereby certifies the following:

1. The full name of the party represented by me is: Nalco Company.

2. The name of the real party in interest represented by me is: None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are: Nalco Company is a wholly-owned subsidiary of Nalco Holding Company, which is a wholly-owned subsidiary of Ecolab, Inc., which is a publicly-held company.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court and in previous appeals to this Court or are expected to appear in this Court are:

Robert M. Barrett, Jason A. Engel, Robert J. Barz, and Devon C. Beane of K&L Gates LLP, 70 West Madison Street, Suite 3100, Chicago, Illinois 60602, Tel.: 312-372-1121, Fax: 312-827-8000.

James W. Poradek, Timothy E. Grimsrud, and Lauren J. Frank of Faegre Baker Daniels LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402-3901, Tel.: 612-766-7000; Fax: 612-766-1600.

October 27, 2015                               */s/ James W. Poradek*

**15-1895**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

BAKER HUGHES INCORPORATED,

*Appellant/Patent Owner,*
v.

NALCO COMPANY,

*Appellee/Third Party Requester.*

ON APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD

## PROOF OF SERVICE

The undersigned hereby certifies that on the 27th day of October, 2015, I filed a copy of the following documents with the Clerk of Court via this Court's CM/ECF Electronic Filing:

Appellee/Third Party Requester Nalco Company's Motion To Substitute Principal Attorney Of Record; and Amended Certificate of Interest.

That a copy was served electronically upon the below-listed appellant's counsel of record via this Court's CM/ECF Electronic Filing System:

Christopher A. Shield
Jonathan R. Spivey
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
Chris.shield@bgllp.com
Jonathan.spivey@bgllp.com

                                                  */s/ James W. Poradek*
                                                  James W. Poradek