**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Baker Hughes, Inc. v. Nalco Company

No. 15-1895

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Nalco Company
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant   ☒ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Jason A. Engel
Law Firm: K&L Gates LLP
Address: 70 West Madison Street, Suite 3100
City, State and Zip: Chicago, Illinois 60602
Telephone: 312-372-1121
Fax #: 312-827-8000
E-mail address: jason.engel@klgates.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/26/2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 11/3/2015   Signature of pro se or counsel /s/ Jason A. Engel

cc: all counsel of record

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  11/3/2015  by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Jason A. Engel | /s/ Jason A. Engel |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | K&L Gates LLP |
| Address | 70 West Madison Street, Suite 3100 |
| City, State, Zip | Chicago, Illinois 60602 |
| Telephone Number | 312-372-1121 |
| Fax Number | 312-827-8000 |
| E-Mail Address | jason.engel@klgates.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields